## United States District Court
## Violation Notice

| CVB Location Code |
|---|
| M10 |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBDW004T | SCHOLZ | 2233 |

### YOU ARE CHARGED WITH THE FOLLOWING

**FBDW004T**

| Date and Time of Offense | Offense |
|---|---|
| 05/22/2015    20:08 | FED   36CFR   26154D |

**Place of Offense**

DEER CREEK ROAD

Offense Description: Factual Basis for Charge                    HAZMAT ☐

VIOLATION OF STATE LAW

### DEFENDANT
Phone  (        )

| Last Name | First Name | M. |
|---|---|---|
| FISHER | JOE | |

Street Address

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License | CDL ☐ | D.L. | Social Security |
|---|---|---|---|

☐ Adult ☐ Juvenile   Sex ☐ M ☐ F | Race | | Hair | Eyes | Height | Weight

### VEHICLE   VIN                                                    CMV ☐

| Tag No. | State | Year | Make/Model   PASS ☐ | Color |
|---|---|---|---|---|

| A ☐  IF BOX A IS CHECKED, YOU MUST APPEAR IN | B ☒  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. |
|---|---|
| SEE INSTRUCTIONS (opposite). | SEE INSTRUCTIONS (opposite). |
| | $65.00 — Forfeiture |
| | $25.00 — Processing |
| PAY THIS | $90.00 — Total Collateral |

### YOUR COURT
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court | Date (mm/dd/yyyy) |
|---|---|
| 201 E. Broadway Ave. Room 370, Russell Smith Feder | |
| Missoula MT 59802 | Time (hh: |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete          Original - CVB Copy          FS-5300-4 (7/05)

FBDW004T

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that _____ May 22, 2015 _____ while exercising my duties as a law

officer in the _____ District of _____ MT _____

Pursuant to 16USC 551:
On May 22, 2015, while patrolling the Missoula Ranger District within the Lolo National Forest Law Enforcement Officer (LEO) Nick Scholz observed a blue pick-up traveling on Deer Creek Road. LEO Scholz followed the pick-up truck northbound on Deer Creek Road and ran the license plates through Missoula 911 via his radio. Missoula 911 informed LEO Scholz that the plates on the pick-up returned to a GMC van. LEO Scholz then contacted a vehicle stop on the pick-up and made contact with the driver Joe FISHER. FISHER admitted to LEO Scholz that he took the plates off his GMC van and placed them on the pick-up that LEO Scholz now contacted him in.

LEO Scholz issued FISHER a violation notice pursuant to 36 CFR 261.54(d), Operation of a motor vehicle in violation of state law to wit; Displaying License Plates Assigned To Another Vehicle (Montana code annotated 61-3-301).

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

*Nicholas Scholz*

Executed _____ May 22, 2015 _____

Date (mm/dd/yyyy)        Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____

Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident